**STEVEN A. HOFFNER**
ATTORNEY AT LAW



325 Broadway, Suite 505
New York, New York 10007

tel: 212-941-8330
fax: 646-810-4031

---

1/29/2020

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

FEB 0 5 2020

SO ORDERED

The sentencing scheduled for March 12, 2020 is adjourned to April 14, 2020 at 10:00 a.m.

*George B. Daniels*

Re: Matthew Torres
19 CR 176 (GBD)

Your Honor:

Matthew Torres respectfully requests that his sentence date be pushed back until on or after April 7th. He is presently scheduled for sentence on March 12th at 10 A.M.

The reason for this request is that he is presently enrolled in an educational program at MDC that is affiliated with Long Island University. It is an 8 week course which, if completed, would give him college credit. It is his hope that this course can provide him with valuable information which he can use to further better himself.

I have conferred with the assigned Assistant United States Attorney Mollie Bracewell and her colleague who is covering for her during her maternity leave, Jarrod Schaeffer, and they do not oppose this request. Thank you for your attention to this matter.

/s/
Steven Hoffner, Esq. (SH-0585)
325 Broadway, Room 505
New York, New York 10007