UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
UNITED STATES OF AMERICA,

          -against-                                  ORDER

                                                  19 Cr. 176-1 (GBD)

MATTHEW TORRES,

                           Defendant.
---------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    The April 14, 2020 sentencing is adjourned to June 16, 2020 at 10:00 a.m.

Dated: New York, New York                  SO ORDERED.
       March 24, 2020

                                                            GEORGE B. DANIELS
                                                             United States District Judge