**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------

UNITED STATES OF AMERICA,

    -against-

MATTHEW TORRES,

                                 Defendant.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 3 2020

ORDER

19 Cr. 176-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The June 16, 2020 sentencing is adjourned to September 8, 2020 at 10:00 a.m.

Dated: New York, New York
       June 3, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge