**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-                                   ORDER

                                              19 Cr. 176-1 (GBD)

MATTHEW TORRES,

                           Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The September 8, 2020 sentencing is adjourned to September 22, 2020 at 9:30 a.m.

Dated: New York, New York            SO ORDERED.
       September 1, 2020

                                             GEORGE B. DANIELS
                                             United States District Judge