UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

- v. -

MATTHEW TORRES,

                Defendant.

------------------------------------x

ORDER

19 Cr. 176 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The conference is scheduled for September 16, 2025 at 10:00 a.m.

Dated: September 3, 2025
       New York, New York

                        SO ORDERED.

                        _____
                        GEORGE B. DANIELS
                        United States District Judge