UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>MATTHEW TORRES,<br>      Defendant. | 19-CR-176 (DEH) |
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>MATTHEW TORRES,<br>      Defendant. | 25-CR-405 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

  It is hereby ORDERED that the parties appear for an arraignment and initial pretrial conference with the Court for the above-captioned matters on **September 25, 2025**, at **10:30 a.m.** The hearing will take place in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The conference previously scheduled in 19-CR-176 for September 16, 2025, before Judge Daniels is canceled.

  SO ORDERED.

Dated: September 11, 2025
    New York, New York

                        DALE E. HO
                       United States District Judge