**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

November 12, 2025

<u>Via ECF</u>

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** <u>United States v. Matthew Torres</u>
    **19 Cr. 176 (DEH)**

Dear Judge Ho,

    I write to respectfully request that the Court authorize the Probation Department to release to the parties records concerning Mr. Torres's performance on supervised release.

    Mr. Torres was charged in case number 25 Cr. 405 (DEH) with unlawfully possessing a firearm in violation of 18 U.S.C. § 922(g), and in this violation of supervised release proceeding with specifications arising out of the same alleged conduct. The undersigned did not represent Mr. Torres in his original criminal case and has requested that the Probation Department produce certain records regarding Mr. Torres's performance on supervised release, which might be relevant to mitigation, a potential disposition, and sentencing. Specifically, the defense has requested that Probation produce the records in its possession regarding Mr. Torres's programming and treatment, drug testing, employment, education, and his communications with Probation about these topics. Probation does not oppose this request but has informed counsel that such material can only be produced with Court authorization. So that the defense can review these records and discuss them with Probation in connection with a potential disposition, I respectfully request that the Court authorize Probation to produce these records to the parties.

    I thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:    AUSA Adabelle Ekechukwu
        Probation Officer Robert Terry-Brooks

---

**Application GRANTED.** The Probation Office is directed to release to defense counsel various records related to defendant Matthew Torres's performance during his supervised release--specifically, any records regarding Mr. Torres's programming and treatment, drug testing, employment, education, and his communications with Probation about these topics. The Clerk of Court is respectfully directed to close ECF No. 84. **SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: November 12, 2025
New York, New York